AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BDO USA, P.C. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:26-cv-00098-TJC-SJH |
| Atlantic Edge Private Wealth Management, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BDO USA, P.C.                                                                                                                      .

Date: 02/19/2026

/s/ Christopher A. Braham
*Attorney's signature*

Christopher A. Braham (SBN 1041256)
*Printed name and bar number*
Dechert LLP
633 West 5th Street
Suite 4900
Los Angeles, CA  90071

*Address*

chris.braham@dechert.com
*E-mail address*

(213) 808-5700
*Telephone number*

*FAX number*